IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAXING SUPER LIGHTING ELECTRIC APPLIANCE CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BRUGGEMAN, et al.,<br><br>Defendants. | Case No. 21-cv-08489-MMC<br><br>**ORDER VACATING HEARING ON DIRECTOR DEFENDANTS' MOTION TO DISMISS** |

Before the Court is defendants John Bruggeman, Steve Westly, Frank Creer, Dave Coglizer, Susan McArthur, Alan Greenberg, and Richard Rock's (collectively, "Director Defendants") Motion, filed March 8, 2022, "to Dismiss [the] First Amended Derivative Complaint." Plaintiff has filed opposition, to which the Director Defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for May 27, 2022.

**IT IS SO ORDERED.**

Dated: May 24, 2022

MAXINE M. CHESNEY
United States District Judge