LEIB M. LERNER (State Bar No. 227323)
ALEXANDER AKERMAN (State Bar No. 280308)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone:   213-576-1000
Facsimile:    213-576-1100
Email:   leib.lerner@alston.com
              alex.akerman@alston.com

Attorneys for Defendant
SIGNIFY HOLDING B.V.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAXING SUPER LIGHTING ELECTRIC APPLIANCE CO., LTD., individually, and derivatively on behalf of Lunera Lighting, Inc., <br><br> Plaintiff, <br><br> v. <br><br> JOHN BRUGGEMAN, STEVE WESTLY, FRANK CREER, DAVE COGLIZER, SUSAN MCARTHUR, ALAN GREENBERG, RICHARD ROCK, TYNAX, INC., SIGNIFY HOLDING B.V., ADVANCED TRADING LLC, OEO ENERGY SOLUTIONS, LLC, JOHN EINARSEN, LAWRENCE BUTZ, and LUNERA LIGHTING, INC., <br><br> Defendants. | Case No. 3:21-cv-08489-MMC <br> Honorable Maxine Chesney <br><br> [PROPOSED] **ORDER GRANTING STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANT SIGNIFY HOLDING B.V. TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AND CONTINUING SEPTEMBER 30, 2022 HEARING**; CONTINUING CASE MANAGEMENT CONFERENCE; DIRECTIONS TO PARTIES <br><br> [Filed Concurrently with Stipulation; Declaration of Alexander Akerman] <br><br> Hearing Date: September 30, 2022 <br><br> Time:         9:00 a.m. <br> Ct Room:   7 <br><br> Filing Date:              February 22, 2022 |

Having reviewed the Stipulated Request, and for good cause shown, it is hereby ORDERED that:

1. Defendant Signify Holding B.V.'s ("Signify") deadline to file a reply in support of its Motion to Dismiss shall be extended through and including September 29, 2022.

2. The hearing on Signify's Motion to Dismiss is continued from September 30, 2022 to October 28, 2022, at 9:00 a.m.                                                            ,

3. The Case Management Conference currently set for December 2, 2022, is continued to January 6, 2023, at 10:30 a.m.  A Joint Case Management Conference Statement shall be filed no later than December 30, 2022.

**IT IS SO ORDERED.**

Dated:  August 26, 2022

_____
**HON. MAXINE M. CHESNEY**
**UNITED STATES DISTRICT JUDGE**