IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAXING SUPER LIGHTING ELECTRIC APPLIANCE CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BRUGGEMAN, et al.,<br><br>Defendants. | Case No. 21-cv-08489-MMC<br><br>**ORDER DIRECTING DEFENDANT SIGNIFY HOLDING B.V. TO RE-SUBMIT COURTESY COPY IN SINGLE-SIDED FORMAT** |

On September 23, 2022, defendant Signify Holding B.V. ("Signify") filed a "Reply in Support of Motion to Dismiss Pursuant to Rule 12(B)(6)," and thereafter submitted a courtesy copy of said document, which is printed in double-sided format.

Pursuant to this Court's Standing Orders, "[c]ourtesy copies shall be submitted in single-sided format." See Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Accordingly, Signify is hereby ORDERED to submit forthwith the requisite courtesy copy of the above-referenced document.

**IT IS SO ORDERED.**

Dated: 9/30/2022

MAXINE M. CHESNEY
United States District Judge