IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAXING SUPER LIGHTING ELECTRIC APPLIANCE CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> JOHN BRUGGEMAN, et al., <br><br> Defendants. | Case No. 21-cv-08489-MMC <br><br> **ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS** |

Before the Court is defendant Signify Holding B.V.'s "Motion to Dismiss Pursuant to Rule 12(b)(6)," filed July 18, 2022.  Plaintiff Jiaxing Super Lighting Electric Appliance Co., Ltd. has filed opposition, to which defendant has replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for October 28, 2022.

**IT IS SO ORDERED.**

Dated: 10/24/2022

MAXINE M. CHESNEY
United States District Judge